UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

JOSEPH SCOTT BEBRY

                                Plaintiff,            Case No: 12-cv-4626 (ADS)(ARL)

vs.

JIMIK FOOD CORPORATION, INC., a Domestic
Business Corporation d/b/a BUCKRAM STABLES
CAFE, BARBARA OBERLIN, an individual and
MARJORIE ROSENBERG, an individual

                               Defendants,

-------------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JOSEPH SCOTT BEBRY, pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(1), hereby stipulates to a voluntary dismissal as to all of the Defendants

with prejudice.

Dated this 4th day of February, 2013

                                        Respectfully submitted,

                                        Christopher Robles
                                        Attorney for the Plaintiff
                                        471 54th Street
                                        Brooklyn, NY 11220
                                        Telephone: (718) 492-3600
                                        Fax :        (718) 492-3008
                                        Email: Detect2112@yahoo.com